UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| THAD AUBERT, | Case No. 2:18-cv-01329-GMN-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Defendant filed its Answer (ECF No. 27) on February 12, 2019. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 16, 2019** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

Dated this 1st day of August, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1