UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

THAD AUBERT,

    Plaintiff,

v.

JAMES DZURENDA, *et al.*,

    Defendants.

Case No. 2:18-cv-01329-GMN-EJY

**ORDER**

Before the Court are Defendants' Motion to Extend Discovery and Remaining Case Management Deadlines (ECF No. 55) and Plaintiff's Motion to Extend Discovery (ECF No. 56). The Court has also received Defendants' Non-Opposition to Plaintiff's Motion to Extend Discovery (ECF No. 59). The Motions seek an additional 120 days to the discovery deadlines established by the Court's Order issued on August 26, 2019 (ECF No. 36).

Local Rule 26-4 states, in pertinent part that:

> A motion or stipulation to extend a discovery deadline or to reopen discovery must include:
>
> (a) A statement specifying the discovery completed;
>
> (b) A specific description of the discovery that remains to be completed;
>
> (c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and
>
> (d) A proposed schedule for completing all remaining discovery.

Defendants' motion to extend discovery deadlines provides all the elements required of Local Rule 26-4. Plaintiff's motion to extend discovery deadlines provides complex reasons why the current deadlines cannot be met but, does not include a statement specifying discovery completed and/or remaining to be completed. While a proposed schedule for completing discovery is absent from Plaintiff's motion, the Court finds good cause to grant Plaintiff's unopposed request for extension.

1

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion to Extend Discovery and Remaining Case Management Deadlines (ECF No. 55) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Discovery (ECF No. 56) is GRANTED.

IT IS FURTHER ORDERED that the following discovery plan and scheduling deadlines shall apply:

1. The last date to disclose experts and interim status report shall be **April 21, 2020**.
2. The last date to disclose rebuttal experts shall be **May 20, 2020**.
3. The last date to complete discovery, such that all depositions are completed, and all subpoenas, interrogatories, requests for documents, and requests for admissions may be timely responded to by that date, shall be **June 19, 2020**.
4. The last date to file discovery motions shall be **July 3, 2020**.
5. The last date to file dispositive motions (such as motions for summary judgment) shall be **July 17, 2020**.
6. The last date to file a joint pretrial order shall be **August 18, 2020**; provided, however, that if dispositive motions are filed, the due date for the joint pretrial order shall be suspended until 30 days after the Court issues a decision on dispositive motions.

DATED: December 19, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2