AARON D. FORD
  Attorney General
CHARLES D HOPPER (Bar No. 6346)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3655 (phone)
(702) 486-3773 (fax)
Email: cdhopper@ag.nv.gov
*Attorneys for Defendants*
*James Cox, James Dzurenda,*
*Dwight Neven, and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THAD AUBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-01329-GMN-EJY<br><br>**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A JOINT INTERIM STATUS REPORT (FIRST REQUEST)** |

Defendants, Director James Dzurenda (Director Dzurenda), Warden Brian Williams (Warden Williams), Warden Dwight Neven (Warden Neven) and James Cox (Cox), by and through Aaron D. Ford, Attorney General for the State of Nevada, and Charles D Hopper, Deputy Attorney General, request this Court grant a fourteen (14) day extension of time to file a joint interim status report.

This Court should grant Defendants' motion for an extension of time to file a Joint Interim Status Report. To date, Defendants have not received any information from Plaintiff regarding the estimated trial length or trial availability. Undersigned counsel is in the process of arranging a telephonic meeting as soon as possible to discuss this information. Accordingly, Defendants request a short extension to file the Joint Interim Status Report.

## I. BACKGROUND

On December 19, 2019, this Court entered a discovery plan and scheduling deadlines. (ECF No. 62). The Court ordered the parties to submit an Interim Status Report on or before April 21, 2020. (*Id.*). To date, Plaintiff has not contacted undersigned counsel to provide the necessary information or discuss the possibility of using the Short Trial Program. *See* Declaration of Counsel, attached as Exhibit A. Accordingly, the undersigned counsel is in the process of arranging a telephonic conference to discuss these issues as soon as possible. *Id.* However, the conference cannot be completed before the April 21, 2020, deadline.

## II. APPLICABLE LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), this Court may extend the time to perform an act within a specific time for good cause shown.

## III. LEGAL ARGUMENT

This Court should grant Defendants' motion to extend the deadline to file a Joint Interim Status Report. To date, Plaintiff has not contacted undersigned counsel to prepare a Joint Interim Status Report. Accordingly, undersigned counsel is in the process of arranging a telephonic meeting as soon as possible to discuss the Joint Interim Status Report. Good cause exists to extend the deadline based on the parties' inability to meet concerning this filing. Defendants therefore request this Court grant the parties until May 5, 2020 to file a Joint Interim Status Report.

///
///
///
///
///
///
///
///

## IV. CONCLUSION

This Court should grant an extension of deadline to file a Joint Interim Status Report. Counsel is diligently working to complete the Joint Interim Status Report, but has been unable to do so.

DATED this 20th day of April, 2020.

>AARON D. FORD
>Attorney General
>
>By: /s/ *Charles D Hopper*
>CHARLES D HOPPER (Bar. No. 6346)
>Deputy Attorney General
>*Attorneys for Defendants*
>*James Cox, James Dzurenda,*
>*Dwight Neven, and Brian Williams*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2020