AARON D. FORD
  Attorney General
CHARLES D HOPPER (Bar No. 6346)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3655 (phone)
(702) 486-3773 (fax)
Email:  cdhopper@ag.nv.gov
*Attorneys for Defendants*
*James Cox, James Dzurenda,*
*Dwight Neven, and Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THAD AUBERT,<br><br>               Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>               Defendants. | Case No.  2:18-cv-01329-GMN-EJY<br><br>**MOTION FOR ENLARGEMENT**<br>**OF TIME** |

Defendants, Director James Dzurenda (Director Dzurenda), Warden Brian Williams (Warden Williams), Warden Dwight Neven (Warden Neven) and James Cox (Cox), by and through Aaron D. Ford, Attorney General for the State of Nevada, and Charles D Hopper, Deputy Attorney General, hereby file their Motion for Enlargement of Time.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.     BACKGROUND**

Plaintiff, Thad Aubert (Aubert) is an inmate incarcerated in the Nevada Department of Corrections (NDOC) and is currently housed at High Desert State Prison (HDSP).

On July 19, 2018, Aubert filed a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Complaint).  (ECF No. 7).

On September 14, 2018, this Court filed its Screening Order in this matter. (ECF No. 6). Pursuant to this Court's Screening Order, Aubert was allowed to proceed with one count: Count II, alleging Eighth Amendment deliberate indifference to serious medical needs. (ECF No. 6 at 14).

Pursuant to the Court's December 12, 2019 Order (ECF No. 62), parties have until July 17, 2020 to file any motions for summary judgment. Defendants respectfully requests that this Court grant an extension of sixty (60) days to file a motion for summary judgment, as Charles D Hopper, Deputy Attorney General who is responsible for this matter, has been on a medical leave.

## II. APPLICABLE LAW

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Any request to change deadlines established in the scheduling order must be supported by a showing of good cause pursuant to Fed. R. Civ. P. 16(b)(4), which turns primarily on a showing that the deadlines currently in place could not reasonably be met despite the diligence of the movant. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

## III. ARGUMENT

There is good cause to extend deadline to file motions for summary judgment. Defendants fully intend on filing a motion for summary judgment. However, Charles D Hopper, Deputy Attorney General who is responsible for this matter, was on a medical leave due to an illness. Because Mr. Hopper is the person most knowledgeable of this case, he is the person most suitable to prepare a motion for summary judgment. The deadlines currently in place cannot reasonably be met due to his illness. Accordingly, Defendants

respectfully request that this Court grant an extension of sixty (60) days to file a motion for summary judgment.

### IV. CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court grant an extension of sixty (60) days to file a motion for summary judgment.

DATED this 17th day of July, 2020.

        AARON D. FORD
        Attorney General

        By: */s/ Charles D Hopper*
        CHARLES D HOPPER (Bar No. 6346)
        555 E. Washington Avenue, Ste. 3900
        Las Vegas, NV 89101
        *Attorneys for NDOC Defendants*

### ORDER

**IT IS HEREBY ORDERED** that the above Motion to Enlarge Time to File Motion for Summary Judgment, (ECF No. 91), is **GRANTED**. Defendants shall have until September 15, 2020, to move for summary judgment.

**DATED** this __21__ day of July, 2020.

        _____
        Gloria M. Navarro, District Judge
        United States District Court

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on July 17, 2020, I electronically filed the foregoing, **MOTION FOR ENLARGEMENT OF TIME**, via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

Thad Aubert #70566
Lovelock Correctional Center
1200 Prison Rd.
Lovelock, NV 89419
*Plaintiff, Pro Se*

/s/ *Yolonda Laster*
An employee of the Office of the
Nevada Attorney General