UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THAD AUBERT,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES DZURENDA, et al.,<br><br>   Defendants. | Case No. 2:18-cv-01329-GMN-EJY<br><br>**ORDER** |

On August 20, 2021, the Court dismissed this case without prejudice. ECF No. 144. On August 23, 2021, a judgement in favor of Defendants was entered. ECF No. 145.

Accordingly, IT IS HEREBY ORDERED that the settlement conference scheduled for Tuesday, September 21, 2021 is VACATED.

DATED this 16th day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1